# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| MICHAEL P. MORRISON, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-CV-00445-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 15, 2019 Order.

_____
Frank G. Johns, Clerk
United States District Court