UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00445-FDW

| | |
|---|---|
| MICHAEL P. MORRISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court upon Plaintiff's Motion for Attorney Fees (Doc. No. 18). The motion is ripe following Defendant's response and consent to Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act (Doc. No. 21).

IT IS SO ORDERED that Plaintiff is hereby awarded attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount $4,651.30 in full satisfaction of all claims arising under the Equal Access to Justice Act. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel and mailed to his office, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

So ordered, this second day of December, 2019.

Signed: December 2, 2019

Frank D. Whitney
Chief United States District Judge